No. 18.—Isaac Bryan and Elijah Roberts *vs.* The Justices of
the Inferior Court of Scriven County.

### From Scriven Superior Court.

The transcript of the record in the above cause, was transmitted to
and received by the clerk of this court, in due time, and was regularly
docketed, before the meeting of the court at the present term ; but no
assignment of errors was filed in the clerk's office, either *on,* or *before* the
first day of the term, in conformity with the XXIII. Rule of this court.

On the *second* day of the term, an assignment of errors was prepared,
and tendered the opposing counsel.

Starnes, for defendants in error, refused to join issue, and now moves
to dismiss the writ under the above rule of court.

Whereupon the court sustained the motion, and the writ of error was
accordingly dismissed, and the case stricken from the docket.